

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-15-00721-CR

Jimmy James **BRITE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1419
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The record was due on February 27, 2016. We granted two previous extensions of time to file the reporter's record, and the record was most recently due on April 29, 2016. On May 9, 2016, court reporter Sachiko Nagao-Treviño filed a third motion for an extension of time to file the reporter's record. She explained that she recently broke her wrist, and she requested an extension of the due date until May 23, 2016, for a total extension of eighty-six days.

The court reporter's request is GRANTED. **The reporter's record must be filed with this court not later than May 23, 2016.** *See id.* R. 35.3(c) (limiting an extension to thirty days in an ordinary appeal).

_Patricia O. Alvarez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

Keith E. Hottle
Clerk of Court